UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHARLOT KELLY, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>KOHL'S DEPARTMENT STORES, INC., a Delaware corporation,<br><br>*Defendant*. | Case No. 1:14-cv-01499-SEB-DML |

**MOTION FOR ADMISSION *PRO HAC VICE* OF BENJAMIN H. RICHMAN**

Pursuant to S.D. Ind. Local Rule 83-6(a), the undersigned counsel, Robert E. Duff, a member of the Bar of this Court, respectfully moves the Court for entry of an Order granting attorney Benjamin H. Richman leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiff Sharlot Kelly in the above-styled cause only. In support of this motion, the undersigned states:

1. Attorney Richman is a Partner with law firm Edelson PC, with an office address listed at 350 North LaSalle Street, Suite 1300, Chicago, Illinois 60654.

2. Attorney Richman is admitted to practice and in good standing in the Bar of the State of Illinois; the United States District Courts for the Northern District of Illinois, the Northern District of Florida, and the District of Colorado; and the United States Court of Appeals for the Ninth Circuit.

3. Attorney Richman has never been disbarred or suspended from practice before any court, department, bureau, or commission of any state or the United States. He has never received a reprimand or been subject to other disciplinary action from any such

1

court, department, bureau, or commission pertaining to conduct or fitness as a matter of the bar.

4. Attorney Richman has reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and he will abide by these rules and standards.

5. The certification required by Local Rule 83-6(b) from Attorney Richman is attached hereto as Exhibit A.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting attorney Benjamin H. Richman leave to appear *pro hac vice* for purposes of this cause only.

Respectfully submitted,

s/ *Robert E. Duff*
Robert E. Duff, Atty No. 16392-06
robert@robertdufflaw.com
INDIANA CONSUMER LAW GROUP/THE LAW OFFICE OF ROBERT E. DUFF
P.O. Box 7251
Fishers, Indiana 46037
Tel: 800.817.0461

*Counsel for Plaintiff Sharlot Kelly and the Putative Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2014, I electronically filed the above and foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ *Robert E. Duff*